FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC., )
)
*Plaintiff* )
)
v. ) Civil Action No.
NATIONAL ARCHIVES AND RECORDS )
ADMINISTRATION, )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
Office of General Counsel
8601 Adelphi Road, NGC, Rm 3110
College Park, MD 20740

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Orfanedes
425 Third Street, SW
Suite 800
Washington, DC 20024

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*