CO-386-online
10/03

# United States District Court
# For the District of Columbia

JUDICIAL WATCH, INC., )
)
)
)
)
            Plaintiff )   Civil Action No._____
vs )
NATIONAL ARCHIVES AND )
RECORDS ADMINISTRATION, )
)
           Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __JUDICIAL WATCH, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __JUDICIAL WATCH, INC.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

429716
BAR IDENTIFICATION NO.

PAUL ORFANEDES
Print Name

425 Third Street, SW, Suite 800
Address

Washington   DC   20024
City   State   Zip Code

(202) 646-5172
Phone Number