UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,  )<br>  )<br>              Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>NATIONAL ARCHIVES AND  )<br>RECORDS ADMINISTRATION,  )<br>  )<br>              Defendant.  )<br>  ) | No. 1:15-cv-01740-RBW<br><br>NOTICE OF APPEARANCE ON<br>BEHALF OF DEFENDANT |

Please take notice of the appearance of

David M. Glass, D.C. Bar 544549
Senior Trial Counsel, Department of Justice, Civil Division
20 Massachusetts Avenue, N.W., Room 7200
Washington, D.C.  20530-0001
Tel: (202) 514-4469/Fax: (202) 616-8470
Email: david.glass@usdoj.gov

as counsel for defendant, the National Archives and Records Administration.

                Respectfully submitted,

                BENJAMIN C. MIZER
                Principal Deputy Assistant Attorney General
                CHANNING D. PHILIPS
                United States Attorney
                ELIZABETH J. SHAPIRO
                Deputy Br. Dir., Dep't of Justice, Civ. Div.

                s/ *David M. Glass*
                DAVID M. GLASS, DC Bar 544549
                Sr. Trial Counsel, Dep't of Justice, Civ. Div.
                20 Mass. Ave., N.W., Room 7200
                Washington, D.C.  20530-0001
                Tel: (202) 514-4469/Fax: (202) 616-8470
                E-mail: david.glass@usdoj.gov
Dated: October 29, 2015           Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2015, I served the within notice on all counsel of record by filing it with the Court by means of its ECF system.

                                        s/ *David M. Glass*