IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 15-1740-RBW |
| ) | |
| v. ) | |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff, JUDICIAL WATCH, INC., by counsel, respectfully submits the attached Declaration of Cristina Rotaru as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the Defendant in the above-captioned matter.

Dated: November 16, 2015

Respectfully submitted,

*/s/ Paul Orfanedes*
Paul Orfanedes
D.C. Bar No. 429716
JUDICIAL WATCH, INC.
425 Third St., SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Fax: (202) 646-5199

*Counsel for Plaintiff*