Case 1:15-cv-01740-RBW   Document 5-1   Filed 11/16/15   Page 1 of 12

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) Civil Action No. 15-1740-RBW |
| v. | ) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) |
| Defendant. | ) |

## DECLARATION OF CRISTINA ROTARU

I, CRISTINA ROTARU, declare as follows:

1. My name is Cristina Rotaru. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am employed as a legal assistant with Judicial Watch, Inc. in Washington, D.C. I have worked for Judicial Watch, Inc. in this capacity since April 2002. As a legal assistant, it is one of my regular duties and responsibilities to effect service of process of summonses, complaints, and corporate disclosure statements on defendants in lawsuits filed by the organization.

3. I effect service of process on defendants in lawsuits by Certified U.S. Mail. I prepare Certified Mail Receipts (P.S. Form 3800) for each defendant and/or recipient and affix these documents to envelopes addressed to each defendant and/or recipient. After I mail the summons and the complaint to the appropriate defendant and/or recipient, I retain the customer's

portion of the Certified Mail Receipts in the appropriate case file. I then obtain a U.S. Postal Service Track and Confirm Sheet from the U.S. Postal Service's website to confirm service.

4. On October 20, 2015, Plaintiff, Judicial Watch, Inc., by counsel, initiated the above-captioned matter in the U.S. District Court for the District of Columbia. Shortly thereafter, I served summonses and copies of the complaint, filed electronically in this litigation, on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the U.S. Department of State. Service was effected by Certified U.S. Mail following the practice described above.

5. According to the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet, service of process was effected on the U.S. Attorney for the District of Columbia at 555 4th Street, N.W., Washington, D.C. 20530, on October 26, 2015. True and correct copies of the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet demonstrating service on the U.S. Attorney for the District of Columbia are attached hereto as Exhibit 1.

6. According to the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet, service of process was effected on the U.S. Attorney General at the U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, on October 27, 2015. True and correct copies of the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet demonstrating service on the U.S. Attorney General are attached hereto as Exhibit 2.

7. According to the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet, service of process was effected on the National Archives and Records Administration ("NARA") at 8601 Adelphi Road, College Park, MD 20740, on November 16,

2015. True and correct copies of the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet demonstrating service on NARA are attached hereto as Exhibit 3.

8. Service on NARA was attempted on two occasions before November 16, 2015, at a slightly different address, NARA's Office of General Counsel, but without success. True and correct copies of the certified Mail Receipts and U.S. Postal Service Track and Confirm Sheets are attached hereto as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2015, in Washington, D.C.

Cristina Rotaru

# EXHIBIT 1

English     Customer Service     USPS Mobile        Register / Sign In



# USPS Tracking®

Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number:** 70150640000798543652

**Updated Delivery Day:** Monday, October 26, 2015

## Product & Tracking Information

**Postal Product:**     **Features:**
Certified Mail™

## Available Actions

**Text Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 26, 2015, 4:42 am | Delivered | WASHINGTON, DC 20530 |

**Email Updates**

Your item was delivered at 4:42 am on October 26, 2015 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| October 25, 2015, 9:49 am | Business Closed | WASHINGTON, DC 20530 |
| October 25, 2015, 8:41 am | Arrived at Hub | WASHINGTON, DC 20018 |

## Track Another Package

Tracking (or receipt) number





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

OCT 23 2015

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $    (15-cv-1740)
☐ Certified Mail Restricted Delivery   $    Postmark Here
☐ Adult Signature Required   $    NARA
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage — US Attorney for the District of
$ — Columbia
Sent To
Street and Apt.   555 4th St NW
City, State, ZIP   Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

Copyright © 2015 USPS. All Rights Reserved.

**EXHIBIT 2**

English   Customer Service   USPS Mobile                                    Register / Sign In



# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70150640000798543669

**Updated Delivery Day: Tuesday, October 27, 2015**

## Product & Tracking Information

**Postal Product:**    **Features:**
                       Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 27, 2015 , 5:19 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:19 am on October 27, 2015 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| October 26, 2015 , 11:57 am | Available for Pickup | WASHINGTON, DC 20530 |
| October 26, 2015 , 11:37 am | Sorting Complete | WASHINGTON, DC 20018 |
| October 26, 2015 , 11:30 am | Arrived at Unit | WASHINGTON, DC 20018 |
| October 24, 2015 , 9:32 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| October 23, 2015 , 4:45 pm | Arrived at USPS Facility | WASHINGTON, DC 20066 |
| October 22, 2015 , 10:15 pm | Arrived at USPS Facility | GAITHER |

## Available Actions

**Text Updates**

**Email Updates**

## Track Another Package

**Tracking (or receipt) number**



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee          OCT 2 2 2015
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $            Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage   US Attorney General
$
Sent To         950 Pennsylvania Ave NW
Street and Apt. Washington, DC 20530
City, State, ZIP

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 0640 0007 9854 3669

**EXHIBIT 3**

English     Customer Service     USPS Mobile        Register / Sign In



# USPS Tracking®

**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 70150640000798544444**

Updated Delivery Day: Monday, November 16, 2015

## Product & Tracking Information

**Postal Product:**    **Features:** Certified Mail™

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 16, 2015, 10:15 am | Delivered | COLLEGE PARK, MD 20740 |

Your item was delivered at 10:15 am on November 16, 2015 in COLLEGE PARK, MD 20740.

| | | |
|---|---|---|
| November 16, 2015, 9:04 am | Arrived at Unit | COLLEGE PARK, MD 20740 |
| November 15, 2015, 1:53 am | Departed USPS Facility | CAPITOL HEIGHTS, MD 20790 |
| November 14, 2015, 7:08 pm | Arrived at USPS Facility | CAPITOL HEIGHTS, MD 20790 |
| November 13, 2015, 11:03 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |

## Track Another Package

**Tracking (or receipt) number**



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $    Postmark
☐ Certified Mail Restricted Delivery   $    Here
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $
Postage
$
Total Postage :
$
Sent To   National Archives & Records Administration
Street and Apt.   8601 Adelphi Rd
City, State, ZIP   College Park MD 20740

NOV 13 2015

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# EXHIBIT 4



| English | Customer Service | USPS Mobile | | Register / Sign In |



# USPS Tracking®

Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number: 70150640000798543614**

The Postal Service could not locate the tracking information for your request. Please verify your tracking number and try again later.

## Track Another Package

Tracking (or receipt) number

[ Track It ]

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee          OCT 2 2 2015
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $          Postmark
☐ Certified Mail Restricted Delivery  $        Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage   National Archives & Records
$               Administration
Sent To         Office of General Counsel
Street and Apt. 8601 Adelphi Rd NGC Rm 3110
City, State, ZIP College Park MD  20740

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7015 0640 0007 9854 3614