UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                 )
JUDICIAL WATCH, INC.,            )
                                 )
        Plaintiff,               )
                                 )
    v.                           )   Civil Action No. 15-1740 (RBW)
                                 )
NATIONAL ARCHIVES AND            )
RECORDS ADMINISTRATION,          )
                                 )
        Defendant.               )
_____)

## ORDER

This matter was initiated by the plaintiff on October 20, 2015, with the filing of the Complaint based on the Freedom of Information Act, 5 U.S.C. § 552 (2012) ("FOIA"). The defendant answered the complaint on November 24, 2015. Because the plaintiff pursues this action under the FOIA, the initial disclosure requirements of Federal Rule of Civil Procedure 26(a)(1)(A) are not implicated and no scheduling conference need be held. See Local Civ. R. 16.3(b)(9). Accordingly, it is hereby

**ORDERED** that the parties shall submit to the Court by December 4, 2015, a joint status report, proposing a schedule for the filing of, if any, dispositive motions, oppositions thereto, and replies.

**SO ORDERED** this 24th day of November, 2015.

                                        REGGIE B. WALTON
                                        United States District Judge