IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  15-cv-1740 (RBW) |
| v. ) | |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT STATUS REPORT

Plaintiff Judicial Watch, Inc. and Defendant National Archives and Records Administration, by counsel and pursuant to the Court's order of November 24, 2015, respectfully submit this joint status:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a March 9, 2015 FOIA request Plaintiff served on Defendant for certain draft indictments of Hillary Rodham Clinton prepared while Mrs. Clinton was First Lady of the United States.

2. Defendant acknowledged having approximately 238 pages of records responsive to the request, but denied the request in full, invoking FOIA Exemption (b)(7)(C) to withhold all of those pages. Defendant has closed Plaintiff's administrative appeal. Accordingly all that remains is for the Court to adjudicate the parties' respective summary judgment motions.

3. The parties propose the following schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | January 19, 2016 |
| Plaintiff's Opposition/Cross-Motion | February 19, 2016 |
| Defendant's Reply/Opposition to Cross-Motion | March 14, 2016 |
| Plaintiff's Reply | March 28, 2016 |

Dated:  December 4, 2015                               Respectfully submitted,

JUDICIAL WATCH, INC.

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716
425 Third Street SW, Suite 800
Washington, DC  20024
Tel:     (202) 646-5172
Fax:    (202) 646-5199
Email: porfanedes@judicialwatch.org

*Attorneys for Plaintiff*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILIPS
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ David M. Glass*
DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Room 7200
Washington, D.C. 20530-0001
Tel:     (202) 514-4469
Fax:    (202) 616-8470
E-mail: david.glass@usdoj.gov

*Attorneys for Defendant*