UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | No. 1:15-cv-01740-RBW |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE
AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant, the National Archives and Records Administration (NARA), hereby moves for an order modifying the briefing schedule established by the minute order dated December 4, 2015, to provide that: (1) defendant shall file its motion for summary judgment on or before February 2, 2016; (2) plaintiff shall file its opposition to defendant's summary judgment motion and/or its cross-motion for summary judgment on or before March 4, 2016; (3) defendant shall file its reply in support of its summary judgment motion and/or opposition to plaintiff's cross-motion for summary judgment on or before March 28, 2016; and (4) plaintiff shall file its reply in support of its summary judgment motion on or before April 11, 2016.  Counsel for plaintiff advises that he does not oppose this motion.

The minute order dated December 4, 2015, establishes a briefing schedule for defendant's motion for summary judgment that requires the motion to be filed on or before January 19, 2016. Needing additional time to work on the motion because of the illness of agency counsel, defendant requests that it be given two additional weeks to file the motion and that the other

deadlines dealing with the motion established by the minute order dated December 4, 2015, be extended by two weeks apiece.  Defendant's request, as stated above, is unopposed.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
|  | CHANNING D. PHILIPS<br>United States Attorney |
|  | ELIZABETH J. SHAPIRO<br>Deputy Director |
|  | s/ *David M. Glass*<br>DAVID M. GLASS, DC Bar 544549<br>Senior Trial Counsel<br>Department of Justice, Civil Division<br>20 Massachusetts Ave., N.W., Room 7200<br>Washington, D.C.  20530-0001<br>Tel: (202) 514-4469/Fax: (202) 616-8470<br>E-mail: david.glass@usdoj.gov |
| Dated: January 15, 2016 | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I served the within motion and the proposed order on all counsel of record by filing them with the Court by means of its ECF system.

s/ *David M. Glass*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:15-cv-01740-RBW |

### [PROPOSED] ORDER

Upon defendant's unopposed motion to modify briefing schedule and good cause having been shown, it is hereby ordered as follows:

1. Defendant's motion is granted.

2. The briefing schedule established by the minute order dated December 4, 2015, is modified to provide that: (1) defendant shall file its motion for summary judgment on or before February 2, 2016; (2) plaintiff shall file its opposition to defendant's summary judgment motion and/or its cross-motion for summary judgment on or before March 4, 2016; (3) defendant shall file its reply in support of its summary judgment motion and/or opposition to plaintiff's cross-motion for summary judgment on or before March 28, 2016; and (4) plaintiff shall file its reply in support of its summary judgment motion on or before April 11, 2016.

Dated: _____            _____
                                         UNITED STATES DISTRICT JUDGE