**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JUDICIAL WATCH, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 1:15-cv-01740-RBW |
| | ) | |
| **NATIONAL ARCHIVES AND** | ) | |
| **RECORDS ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, the National Archives and Records Administration, hereby moves for

summary judgment pursuant to Fed. R. Civ. P. 56(a).  The grounds for this motion are set forth

in the memorandum submitted herewith.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILIPS
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director

s/ *David M. Glass*
DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Room 7200
Washington, D.C.  20530-0001
Tel: (202) 514-4469/Fax: (202) 616-8470
E-mail: david.glass@usdoj.gov

Dated: February 2, 2016                    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2016, I served the within motion, the memorandum in support of the motion, the proposed order, the exhibit to the motion, and the statement pursuant to LCvR 7(h)(1) on all counsel of record by filing them with the Court by means of its ECF system.

s/ *David M. Glass*