UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:15-cv-01740-RBW |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

Upon the motion for summary judgment of defendant, the National Archives and Records Administration (NARA), the materials submitted in support of that motion and in opposition thereto, and good cause having been shown, it is hereby ordered as follows:

1. The motion of NARA is granted.

2. Summary judgment is issued in favor of NARA.

Dated: _____        _____
                                                             UNITED STATES DISTRICT JUDGE