UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:15-cv-01740-RBW |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDFANT'S STATEMENT UNDER LCvR 7(h)(1)**

Defendant, the National Archives and Records Administration (NARA), hereby states pursuant to LCvR 7(h)(1) that no genuine issue exists as to the following material facts:

1. NARA maintains custody of the records of the independent counsels who served under Title VI of the Ethics in Government Act of 1978.  Decl. of Martha Wagner Murphy ¶ 15.

2. The records maintained by NARA include the records of Kenneth W. Starr and his successors.  *Id.* ¶ 18.

3. Mr. Starr served as an independent counsel under Title VI from 1994 until 1999; his successors served until 2004.  *Id.*

4. Included among the records of Mr. Starr and his successors are drafts of a proposed indictment of Hillary Rodham Clinton.  *Id.* ¶ 23.

5. The records of Mr. Starr and his successors fill approximately 3149 cubic feet of space at NARA.  *Id..* ¶ 19.

6. An index to those records was prepared by the second and last of Mr. Starr's successors and her staff in connection with the transfer of the records to NARA.  *Id.*

7. A copy of that index was provided to plaintiff, Judicial Watch, by NARA in May 2015. *Id.* ¶ 19 n.7.

8. By letter dated March 9, 2015, plaintiff submitted a request to NARA under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, for the following records:

> All versions of indictments against Hillary Rodham Clinton, including, but not limited to, Versions 1, 2, and 3 in box 2250 of the Hickman Ewing Attorney Files, the "HRC/__Draft Indictment" in box 2256 of the Hickman Ewing Attorney Files, as well as any all versions written by Deputy Independent Counsel Hickman Ewing, Jr. prior to September of 1996.

*Id*. ¶ 6.

9. Hickman Ewing was a lawyer who worked as Kenneth Starr's deputy in Little Rock. *Id.* ¶ 6 n.2.

10. Plaintiff said in its request that "[t]he records in question are located in the material submitted to [NARA] by the Office of Independent Counsel In Re: Madison Guaranty Savings & Loan Association, also known as 'the records of IC Starr.'" *Id.* ¶ 6.

11. NARA responded to plaintiff's request by locating the two boxes in the records of Mr. Starr and his successors to which the request referred, Boxes 2250 and 2256. *Id.* ¶¶ 20-21.

12. Both boxes bear the name, "Hickman Ewing Attorney Work Product"; both boxes bear the heading "HRC," the initials of Hillary Rodham Clinton; and both boxes state on their face that their contents include "material subject to Rule 6(e) of the Federal Rules of Criminal Procedure." *Id.* ¶ 20.

13. Box 2250 contains a folder labeled "Draft Indictment." *Id.*

14. Box 2256 contains a folder labelled "Hillary Rodham Clinton/Webster L. Hubbell Draft Indictment." *Id.*

15. Multiple drafts of the proposed indictment of Mrs. Clinton were located by NARA within these folders. *See id.* ¶ 21 & Ex. A.

16. NARA also responded to plaintiff's FOIA request by "search[ing] the 'Box Contents' and 'Subject' fields [of the index to the records of Mr. Starr and his successors] to identify any other folders that could contain 'Indictment' and 'Hillary Rodham Clinton" or 'Hillary Clinton' or 'HRC.'" *Id.* ¶ 21.

17. This search "did not locate any other responsive folders." *Id.*

18. Each of the drafts of the proposed indictment that NARA located is marked on its face as a draft; is denominated as a draft in accompanying cover memos; or shows through its incompleteness that it is a draft. *Id.* ¶ 23.

19. Some of the drafts contain marginalia or annotations; some are identical duplicates of each other; some are non-identical duplicates; some are accompanied by cover memos; some are accompanied by handwritten notes on separate pieces of paper; and some are accompanied by fax cover sheets. *Id.*

20. One of the drafts consists merely of "scraps of a draft indictment." *Id.*

21. NARA is withholding each of the drafts in full pursuant to FOIA Exemption 3 and Rule 6(e), *id.* ¶ 25, and, separately, pursuant to FOIA Exemptions 7(C) and 6. *Id.* ¶ 35.

22. No indictment of Mrs. Clinton was ever issued, *id.* ¶ 34, and no charges against her were ever brought. *Id.* ¶ 35.

23. By letter dated March 19, 2015, NARA advised plaintiff that it had "examined the folders from Hickman Ewing's attorney files that you requested" and was withholding the following records "in full" pursuant to FOIA Exemption 7(C): "From box 2250 the folder 'Draft

3

Indictment' (38 pages) . . . From box 2256 the folder 'Hillary Rodham Clinton/Webster L. Hubbell Draft [Indictment] (approximately 200 pages)." *Id.* ¶ 8.

24. The records to which NARA referred in its letter included records other than drafts of the proposed indictment. *See id.* ¶ 22.

25. By letter dated May 14, 2015, plaintiff appealed administratively the withholding of the above records. *Id.* ¶ 9.

26. By letter dated October 16, 2015, NARA advised plaintiff that its administrative appeal had been placed into the processing queue. *Id.* ¶ 10.

27. On October 20, 2015, plaintiff commenced this action. *Id.* ¶ 11.

28. Plaintiff's commencement of this action caused NARA to close plaintiff's administrative appeal. *Id*. ¶ 12.

          Respectfully submitted,

          BENJAMIN C. MIZER
          Principal Deputy Assistant Attorney General

          CHANNING D. PHILIPS
          United States Attorney

          ELIZABETH J. SHAPIRO
          Deputy Director

          s/ *David M. Glass*
          DAVID M. GLASS, DC Bar 544549
          Senior Trial Counsel
          Department of Justice, Civil Division
          20 Massachusetts Ave., N.W., Room 7200
          Washington, D.C.  20530-0001
          Tel: (202) 514-4469/Fax: (202) 616-847
Dated: February 2, 2016      E-mail: david.glass@usdoj.gov