IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  15-cv-1740 (RBW) |
| v. ) | |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY BRIEIFING SCHEDULE;
MEMORANDUM OF POINTS AND AUTHORITIES
 IN SUPPORT THEREOF**

Plaintiff Judicial Watch, Inc., by counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 7, hereby moves for an order modifying the briefing schedule in this case.  Counsel for Defendant National Archives and Records Administration does not oppose this motion.   As grounds for the motion, Plaintiff states as follows:

**MEMORANDUM OF POINTS AND AUTHORITIES**

1.The Court may, for good cause, extend the time by which an act may or must be done "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."  Fed.R.Civ.P. 6(b)(1)(A).

2.On December 4, 2015, the Court entered a briefing schedule for summary judgment motions in this Freedom of Information Act ("FOIA") lawsuit.  Defendant filed an unopposed motion to modify that briefing schedule on January 15, 2016 (Dkt. Entry No. 9).  According to the modified briefing schedule requested by Defendant, Defendant would file its

summary judgment motion on February 2, 2016, Plaintiff would file its opposition/cross-motion for summary judgment on March 4, 2016, Defendant would file its reply/opposition on March 28, 2016, and Plaintiff would file its reply on April 11, 2016.

3.	Defendant filed its summary judgment motion on February 2, 2016 (Dkt Entry No. 10).[1]

4.	Plaintiff had anticipated filing its opposition and cross-motion on March 4, 2016. Plaintiff's counsel has made some progress preparing the opposition and cross-motion, but, due to a number of other professional commitments in the past week, has not been able to make as much progress as had been hoped. These include a reply brief in support of a petition for writ of certiorari to the U.S. Supreme Court, an oral argument before the District of Columbia Court of Appeals, a hearing before this court in another matter, and a new client matter that required urgent attention on March 1-2, 2016.

5.	Good cause having been shown, Plaintiff respectfully requests that the briefing schedule requested in the unopposed motion filed on January 15, 2016 be extended by an additional week in order to allow Plaintiff sufficient time to finalize and file its opposition/cross-motion. Pursuant to this new schedule, Plaintiff's opposition/cross-motion would be due on Friday, March 11, 2016, Defendant's reply/opposition to Plaintiff's cross-motion would be due on Monday, April 4, 2016, and Plaintiff's reply would be due on April 18, 2016.

6.	Counsel conferred by email about the requested extension on March 1, 2016, and, as set forth above, Defendant does not oppose the extension.

---

[1] It does not appear that the Court has ruled on the January 15, 2016 motion.

Dated:  March 2, 2016                                   Respectfully submitted,

                                                    JUDICIAL WATCH, INC.

                                                    */s/ Paul J. Orfanedes*
                                                    Paul J. Orfanedes
                                                    D.C. Bar No. 429716
                                                    425 Third Street SW, Suite 800
                                                    Washington, DC  20024
                                                    Tel:     (202) 646-5172
                                                    Fax:    (202) 646-5199
                                                    Email: porfanedes@judicialwatch.org

                                                    *Attorneys for Plaintiff*