# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 15-cv-1740 (RBW) |
| v. ) | |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Modify Briefing Schedule and good cause having been shown, it is hereby ORDERED that:

1. Plaintiff's motion is granted.

2. The following briefing schedule shall govern future proceedings in this case: (1) Plaintiff's opposition to Defendant's motion for summary judgment (Dkt. Entry No. 10) and Plaintiff's cross-motion for summary judgment shall be filed on or before March 11, 2016; (2) Defendant's reply in support of its motion for summary judgment and opposition to Plaintiff's cross-motion shall be filed on or before April 4, 2016; and (3) Plaintiff's reply in support of its cross-motion for summary judgment shall be filed on or before April 18, 2016.

SO ORDERED.

Dated: _____        _____
                                            UNITED STATES DISTRICT JUDGE