**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  15-cv-1740 (RBW) |
| v. ) | |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **[PROPOSED] ORDER**

Upon consideration of Defendant National Archives and Records Administration's motion for summary judgment, Plaintiff Judicial Watch, Inc.'s opposition thereto, and the entire record herein, it is hereby ORDERED that:

1. The motion is denied.

Dated: _____          _____
                                        UNITED STATES DISTRICT JUDGE