**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 15-cv-1740 (RBW) |
| v. ) | |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff Judicial Watch, Inc.'s cross-motion for summary judgment, Defendant National Archives and Records Administration's opposition thereto, and the entire record herein, it is hereby ORDERED that:

1. The cross-motion is granted.

2. Summary judgment is issued in favor of Plaintiff Judicial Watch, Inc.

3. Defendant National Archives and Records Administration shall promptly produce the draft indictments to Plaintiff Judicial Watch, Inc.

Dated: _____          _____
                                                                    UNITED STATES DISTRICT JUDGE