UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:15-cv-01740-RBW |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant, the National Archives and Records Administration, hereby moves for an order modifying the briefing schedule established by the minute order dated March 3, 2016, to provide that defendant's combined reply in support of its motion for summary judgment and opposition to plaintiff's cross-motion for summary judgment shall be filed on or before April 18, 2016, and that plaintiff's reply in support of its cross-motion for summary judgment shall be filed on or before May 2, 2016.  Counsel for plaintiff, Judicial Watch, advises that he does not oppose the relief that defendant hereby seeks.

The minute order dated March 3, 2016, requires defendant's combined reply and opposition to be filed on or before April 4, 2016, and plaintiff's reply to be filed on or before April 18, 2016.  Defendant needs additional time to work on its combined reply and opposition because of a deadline of March 31, 2016, in another matter and because of other scheduling issues.  Defendant therefore requests that it be given two additional weeks to file its combined reply and opposition and that plaintiff be given two additional weeks to file its reply. Defendant's request, as stated above, is unopposed.

                Respectfully submitted,

                BENJAMIN C. MIZER
                Principal Deputy Assistant Attorney General

                CHANNING D. PHILIPS
                United States Attorney

                ELIZABETH J. SHAPIRO
                Deputy Director

                s/ *David M. Glass*
                DAVID M. GLASS, DC Bar 544549
                Senior Trial Counsel
                Department of Justice, Civil Division
                20 Massachusetts Ave., N.W., Room 7200
                Washington, D.C.  20530-0001
                Tel: (202) 514-4469/Fax: (202) 616-8470
                E-mail: david.glass@usdoj.gov
Dated: March 28, 2016          Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on March 28, 2016, I served the within motion and the proposed order on all counsel of record by filing them with the Court by means of its ECF system.

                                              s/ *David M. Glass*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>　　　　　　Defendant. | )<br>)　No. 1:15-cv-01740-RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Upon defendant's unopposed motion to modify briefing schedule and good cause having been shown, it is hereby ordered as follows:

1. Defendant's motion is granted.

2. The briefing schedule established by the minute order dated March 3, 2016, is modified to provide that defendant's combined reply in support of its motion for summary judgment and opposition to plaintiff's cross-motion for summary judgment shall be filed on or before April 18, 2016, and that plaintiff's reply in support of its cross-motion for summary judgment shall be filed on or before May 2, 2016.

Dated: _____          _____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE