UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | No. 1:15-cv-01740-RBW |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT UNDER LCvR 7(h)

Defendant, the National Archives and Records Administration (NARA), hereby submits the following as its response to the numbered paragraphs of the statement under LCvR 7(h) filed by plaintiff, Judicial Watch, as part of ECF No. 12:

1-6.   These paragraphs quote or paraphrase the *Final Report of the Independent Counsel In re Madison Guaranty Savings and Loan Association* (Jan. 5, 2001) (Final Report).  These paragraphs are undisputed insofar as they quote or paraphrase the Final Report accurately.

7.   Disputed.  Five final reports were published by the independent counsel.

8.   This paragraph is plaintiff's counsel's subjective characterization of the final reports. *See* Decl. of Paul J. Orfanedes (Mar. 11, 2016) (Orfanedes Decl.), ECF No. 12-1, ¶ 2.  This paragraph is therefore disputed.

9.   Undisputed that the final reports are available on the website of the Government Publishing Office.  Plaintiff cites no authority other than the declaration of plaintiff's counsel for the proposition that each of the final reports was approved for publication by the D.C. Circuit.  The declaration of plaintiff's counsel states that each report "appears" to have been approved for

publication by the D.C. Circuit.  Orfanedes Decl. ¶ 2.  The above proposition is therefore disputed.

10-25.   These paragraphs describe or quote the Final Report.  The paragraphs are undisputed insofar as they describe or quote the Final Report accurately.

26-28.  Undisputed.

29-30.  These paragraphs are plaintiff's counsel's subjective characterization of the memorandum dated April 22, 1998, from "HRC Team" to "All OIC Attorneys" captioned "Summary of Evidence [redacted] Hillary Rodham Clinton and Webb Hubbell" (Evidence Mem.), ECF Nos. 12-3 to 12-7.  *See* Orfanedes Decl. ¶ 7.  These paragraphs are therefore disputed.

31.  This paragraph describes the Evidence Memorandum.  The paragraph is undisputed insofar as it describes the Evidence Memorandum accurately.

32.  The statement that the Evidence Memorandum is "largely unredacted" is plaintiff's counsel's subjective characterization of the Evidence Memorandum.  *See* Orfanedes Decl. ¶ 8.  That statement is therefore disputed.  It is undisputed that records purporting to be the records described in this paragraph are posted on plaintiff's website.

33.  Undisputed that plaintiff did not pursue an administrative appeal.  NARA cannot confirm the accuracy of the remainder of this paragraph.

34-35.  Undisputed.

36.  Disputed.  A Google search on April 12, 2016, using the term "Starr Report" yielded 75,200 results.

37.  Disputed.  A Google search on April 12, 2016, using the term "Hillary Clinton draft indictment" yielded 433,000 results.

38. This paragraph characterizes certain press reports. *See* ECF No. 12-1 ¶ 11. The paragraph is undisputed insofar as it characterizes the press reports accurately.

                                              Respectfully submitted,

                                              BENJAMIN C. MIZER
                                              Principal Deputy Assistant Attorney General

                                              CHANNING D. PHILIPS
                                              United States Attorney

                                              ELIZABETH J. SHAPIRO
                                              Deputy Director

                                              s/ *David M. Glass*
                                              DAVID M. GLASS, DC Bar 544549
                                              Senior Trial Counsel
                                              Department of Justice, Civil Division
                                              20 Massachusetts Ave., N.W., Room 7200
                                              Washington, D.C.  20530-0001
                                              Tel: (202) 514-4469/Fax: (202) 616-8470
                                              E-mail: david.glass@usdoj.gov
Dated: April 18, 2016                        Attorneys for Defendant