# **EXHIBIT 1**

to

Plaintiff's Reply to Defendant's Opposition to Plaintiff's
Cross-Motion for Summary Judgment

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,               )<br>                                                        )<br>              Plaintiff,                       )<br>                                                        )        Civil Action No.  15-cv-1740 (RBW)<br>v.                                                    )<br>                                                        )<br>NATIONAL ARCHIVES AND          )<br>RECORDS ADMINISTRATION,   )<br>                                                        )<br>              Defendant.                    )<br>_____) | |

## SECOND DECLARATION OF PAUL J. ORFANEDES

I, Paul J. Orfanedes, hereby declare as follows:

1. This is my second declaration in the above-captioned matter. I submit this second declaration to supplement my March 11, 2016 declaration and to provide further analysis of Chapter 3, Volume II, Part B of the January 5, 2001 Final Report of the Independent Counsel in *In re Madison Guaranty Savings and Loan Association* ("the Report") and the 206-page memorandum, dated April 22, 1998, to "All OIC Attorneys," from the "HRC Team" and bearing the subject line "Summary of Evidence:  Hillary Rodham Clinton and Webb Hubbell" ("Evidence Memorandum").  A true and correct copy of Chapter 3 of the Report is attached as Exhibit 2 to Plaintiff's Response to Defendant's Statement of Material Facts Not in Dispute and Statement of Undisputed Material Facts in Support of Cross-Motion for Summary Judgment.  A true and correct copy of the Evidence Memorandum is attached as Exhibit 3 to that same document.

2. In submitting my March 11, 2016 declaration, I prepared two charts identifying the various sources of information relied on, cited, and quoted in the Report and the Evidence

Memorandum, respectively.  A true and correct copy of the chart I created for the Report is attached to my March 11, 2016 declaration as Exhibit A.  A true and correct copy of the chart I created for the Evidence Memorandum is attached to my March 11, 2016 declaration as Exhibit B.

      3.      I subsequently compared the grand jury sources of information identified on the two charts to determine whether the Evidence Memorandum included grand jury testimony not included in the Report.  Specifically, I identified those witnesses whose grand jury testimony was included in both the Report and the Evidence Memorandum – ten witnesses in total.  (Two witnesses, Webster Hubbell and Rick Massey, had appeared before the grand jury on at least two occasions, and both the Report and the Evidence Memorandum included grand jury testimony from these different appearances.)  For each grand jury witness's testimony identified on both charts, I reviewed the pages of the Report and the pages of the Evidence Memorandum on which the witness's grand jury testimony were included and noted the page numbers of the witness's grand jury testimony.  I then prepared a third chart, a true and correct copy of which is attached hereto as Exhibit C, comparing the page numbers of the witness's grand jury testimony included in both the Report and Evidence Memorandum.  The page numbers of each witness's grand jury testimony that are included in the Evidence Memorandum, but are not included in the Report are bolded and italicized.  For example, pages 12, 13, and 21-22 of Mr. Joe Giroir's July 18, 1996 grand jury testimony are included in the Evidence Memorandum, but are not included in the Report; pages 115-16 of Webster Hubbell's August 22, 1996 grand jury testimony are included in the Evidence Memorandum, but are not included in the Report; pages 77-78, 105-06, and 114 of James McDougal's April 2, 1997 grand jury testimony are included in the Evidence

Memorandum, but are not included in the Report, etc. The results of my analysis are set forth fully in Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2016 in Washington, D.C.

_____
Paul J. Orfanedes

# **EXHIBIT C**

to

Second Declaration of Paul J. Orfanedes

# COMPARISON OF APRIL 22, 1998 SUMMARY OF EVIDENCE MEMORANDUM AND JANUARY 5, 2001 FINAL REPORT – ADDITIONAL GRAND JURY MATERIAL DISCLOSED IN THE EVIDENCE MEMORANDUM

Page numbers of grand jury testimony made public by disclosure of the Summary of Evidence Memorandum and not previously made public by the Final Report, are bolded and italicized.

1. Joe Giroir – July 18, 1996 Grand Jury Testimony

    Memo:       Page Nos. ***12, 13, 21-22***, and 23-27.

    Report:     Page Nos. 23-27.

2. Sarah Handley – October 31, 1995 Grand Jury Testimony

    Memo:       Page No. 22.

    Report:     Page No. 22.

3. William Henley – June 18, 1996 Grand Jury Testimony

    Memo:       Page Nos. ***7***, 27, and 50.

    Report:     Page Nos. 24, 27, 30, 33-34, 46-47, and 50-51.

4. Webster Hubbell – December 19, 1995 Grand Jury Testimony

    Memo:       Page Nos. ***91*** and ***187-88***.

    Report:     Page Nos. 43-44, 46, 61-62, 67, and 177-78.

5. Webster Hubbell – August 22, 1996 Grand Jury Testimony

    Memo:       Page Nos. ***115-16***.

    Report:     Page Nos. 24, 35-36, 41-43, 49-50, 57-59, 60, 67, 79, 90, 93, 98, and 108

6. <u>Loretta Lynch – February 1, 1996 Grand Jury Testimony</u>

   Memo:        Page Nos. ***12, 16-17, 18, 19-20, 24-25, 37, 40, 41, 44, 45, 48-49, 51-52, 53, 55-56, 66***, and ***73-74.***

   Report:      Page Nos. 9 and 10-11.

7. <u>Rick Massey – November 7, 1995 Grand Jury Testimony</u>

   Memo:        Page Nos. 21, 32, 33, 82, 84-85, ***86***, and ***88.***

   Report:      Page Nos. 5, 21-23, 32, 33-34, 43, 45, 82, 84-85, and 95-96.

8. <u>Rick Massey – December 3, 1997 Grand Jury Testimony</u>

   Memo:        Page Nos. ***34-35, 40, 56, 59***, and ***60.***

   Report:      Page Nos. 24, 25, 37-38, and 63-64.

9. <u>James McDougal – April 2, 1997 Grand Jury Testimony</u>

   Memo:        Page Nos. ***77-78, 105-06***, and ***114.***

   Report:      Page Nos. 97, 98, 99, 100, 103-04, and 108-09.

10. <u>Rae Ann Moles – October 19, 1995 Grand Jury Testimony</u>

    Memo:       Page Nos. 18, ***19-20***, 22, and 24.

    Report:     Page Nos. 18, 22, 24, and 26-27.

11. <u>Susan Thomases – February 29, 1996 Grand Jury Testimony</u>

    Memo:       Page Nos. ***22-23, 34, 36, 44,*** 45, ***47, 49, 53 56, 57-58, 60, 62-63***, and ***67-68.***

    Report:     Page Nos. 45.

12.     Seth Ward – January 17, 1996 Grand Jury Testimony

Memo:          No page numbers identified, but, based on the material cited (Ward's admissions of "all the factual predicates that make him a staw[man buyer]"), it appears to relate to a different subject matter than the materials cited in the Report.

Report:         Page Nos. 31-32, 62, and 82-83.