## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
_____
                                )
JUDICIAL WATCH, INC.,           )
                                )
              Plaintiff,         )
                                )
       v.                       )          Civil Action No. 15-1740 (RBW)
                                )
NATIONAL ARCHIVES AND           )
RECORDS ADMINISTRATION,         )
                                )
              Defendant.         )
_____)
```

## ORDER

In accordance with the Memorandum Opinion, issued on this same date, it is hereby

**ORDERED** that the defendant National Archives and Records Administration's Motion for Summary Judgment is **GRANTED**. It is further

**ORDERED** that the plaintiff Judicial Watch, Inc.'s Cross-Motion for Summary Judgment is **DENIED**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 4th day of October, 2016.

REGGIE B. WALTON
United States District Judge